## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDWIN SOTO-LAUREANO | * |
| Plaintiff | * Civil No. 98-2188(SEC) |
| v. | * 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This case is hereby **REFERRED** to Magistrate Judge Aida M. Delgado-Colón for report and recommendation.

**SO ORDERED.**

In San Juan, Puerto Rico, this _13_ day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge





AO 72A
(Rev. 8/82)