# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EDWIN SOTO-LAUREANO             *
                                *
Petitioner                      *
                                *   **Civil No. 98-2188 (SEC)**
v.                              *
                                *   28 U.S.C. § 2255
UNITED STATES OF AMERICA        *
                                *
Defendant                       *
*************************************

## JUDGMENT

Pursuant to the order of even date, petitioner's motion to vacate sentence under 28 U.S.C. § 2255 is hereby **DISMISSED**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 15TH day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)