UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN SOTO-LAUREANO
Petitioner

v.

UNITED STATES OF AMERICA
Respondent

Civil No. 98-2188(SEC)
28 U.S.C. § 2255

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #17**<br>**Order to Show Cause** | Petitioner claims that he has not received information regarding the status of his petition. The Clerk is hereby Ordered to forward a copy of the following documents to Petitioner:<br>  Docket #14: Magistrate Judge's Report and Recommendation<br>  Docket #15: Order<br>  Docket #16: Judgment<br><br>Notify petitioner at the following address:<br>  Edwin Soto Laureano<br>  (14902-069)<br>  P.O. Box 753<br>  St. Just, P.R. 00948 |

DATE: January 19, 2001

SALVADOR E. CASELLAS
United States District Judge

w/dkts 14, 15, 16 via mail for petitioner
1-22-01

